691 A.2d 349

IN THE MATTER OF WALTER V. WALTZ,
AN ATTORNEY AT LAW.

April 10, 1997.

## ORDER

The Disciplinary Review Board having filed a report with the Court on December 13, 1996, recommending that **WALTER V. WALTZ** of **SPOKANE, WASHINGTON,** who was admitted to the bar of this State in 1987, be disbarred for disbursing legal fees to himself without authorization, for attempting to conceal the disbursements, and for failure to cooperate with the ethics authorities, conduct in violation of *RPC* 1.5(a), *RPC* 1.15(a), (c) and (d), *RPC* 8.1(b) and *RPC* 8.4(c);

And respondent having failed to appear on the return date of the Order to Show Cause why he should not be disbarred or otherwise disciplined;

And good cause appearing;

It is ORDERED that **WALTER V. WALTZ** be disbarred, effective immediately, and his name be stricken from the roll of attorneys of this State; and it is further

ORDERED that all funds, if any, currently existing in any New Jersey financial institution maintained by **WALTER V. WALTZ,** pursuant to *Rule* 1:21–6 be restrained from disbursement except on application to this Court, for good cause shown, and shall be transferred by the financial institution to the Clerk of the Superior

Court, who is directed to deposit the funds in the Superior Court Trust Fund, pending further Order of this Court; and it is further

ORDERED that **WALTER V. WALTZ** comply with *Rule* 1:20–20 dealing with disbarred attorneys; and it is further

ORDERED that **WALTER V. WALTZ** reimburse the Disciplinary Oversight Committee for appropriate administrative costs.